# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STEVEN E. WARMAN, | : | |
| Plaintiff, | : | Case No. 3:10-cv-135 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| FEDERAL BUREAU OF PRISONS, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice for want of prosecution.

May 21, 2010　　　　　　　　　　　　　　*s/THOMAS M. ROSE*

　　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　United States District Judge